IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | NO. 4:24-cr-00027-SMR-HCA |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SAM SANDO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court pursuant to "Defendant's Appeal of Detention Order" filed by Defendant Sam Sando. [ECF No. 23].

The Court has conducted a de novo review of this matter. It included a review of the pretrial services report [ECF No. 20], transcript of the hearing held May 20, 2024, before Magistrate Judge Helen C. Adams [ECF No. 24], Magistrate Judge Helen C. Adams's Order of Detention Pending Trial [ECF No. 22], and Defendant's appeal filing and Government's resistance [ECF Nos. 23, 25]. Upon a de novo review, the Court adopts Judge Adams's Order entered May 20, 2024 [ECF No. 22] in its entirety.

Defendant's appeal of detention order [ECF No. 23] is **DENIED.**

IT IS SO ORDERED.

Dated this 29th day of May, 2024.

STEPHANIE M. ROSE, Chief Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA