IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 4:24-cr-027 |
| v. ) | |
| ) | MOTION TO DISMISS |
| SAM SANDO, ) | COUNT 1 OF INDICTMENT |
| ) | |
| Defendant. ) | |
| ) | |

    Defendant is presently charged with conspiracy to interfere with commerce by robbery (Count 1) and attempted interference with commerce by robbery (Count 2), in violation of 18 U.S.C. § 1951; attempted possession with intent to distribute marijuana, in violation of 21 U.S.C. §§ 846, 841 (Count 3); and carrying a firearm during and in relation to a drug trafficking crime (with brandish and discharge), in violation of 18 U.S.C. § 924(c)(1)(A) (Count 4).  Trial will begin on August 2, 2024.

    To streamline the trial and make effective use of the Court's and jury's time, the government hereby moves to dismiss Count 1 of the Indictment (conspiracy to interfere with commerce by robbery), pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, without prejudice.

    The government requests the remaining counts be re-numbered for purposes of trial only: attempted interference with commerce by robbery (Count 1), attempted possession with intent to distribute marijuana (Count 2); and carrying a firearm during and in relation to a drug trafficking crime (Count 3).

                Respectfully Submitted,

                Richard D. Westphal
                United States Attorney

By:    /s/ *Mikaela J. Shotwell*
        Mikaela J. Shotwell
        Kyle J. Essley
        Assistant United States Attorneys
        Neal Smith Federal Building
        210 Walnut Street, Suite 455
        Des Moines, Iowa 50309
        Phone: (515) 473-9300
        Email:  mikaela.shotwell@usdoj.gov

CERTIFICATE OF SERVICE
I hereby certify that on July 26, 2024, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

____U.S. Mail  _____ Fax  _____Hand Delivery

__X__ECF/Electronic filing  ____Other means

UNITED STATES ATTORNEY
By: */s/ Madison Lancaster, Supervisory Paralegal*