IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | Case No. 4:24-cr-27 |
| v. | * | |
| SAM SANDO, | * | VERDICT FORM |
| Defendant. | * | |

## COUNT ONE
**(Attempted Interference with Commerce Through Robbery)**

We, the jury, find the Defendant, SAM SANDO, __*guilty*__ of Attempted
<u>not guilty/(guilty)</u>
Interference with Commerce Through Robbery, as charged in Count One of the Indictment.

## COUNT TWO
**(Attempted Possession of a Controlled Substance with Intent to Distribute)**

We, the jury, find the Defendant, SAM SANDO, __*guilty*__ of Attempted
<u>not guilty/(guilty)</u>
Possession of a Controlled Substance with Intent to Distribute, as charged in Count Two of the Indictment.

(Continued on next page)

United States v. Sam Sando
Verdict Form - Page 2

## COUNT THREE
### (Carrying a Firearm During and in Relation to a Drug Trafficking Crime)

We, the jury, find the Defendant, SAM SANDO, __guilty__ of Carrying
(not guilty/**guilty**)

a Firearm During and in Relation to a Drug Trafficking Crime, as charged in Count Three of the Indictment.

### Special Interrogatory Question One
*(Only answer this question if you found Defendant guilty of Count Three)*

If you found the Defendant, SAM SANDO, guilty on Count Three, do you find unanimously and beyond a reasonable doubt that the firearm was <u>brandished</u>?

_____ No          __X__ Yes

### Special Interrogatory Question Two
*(Only answer this question if you found Defendant guilty of Count Three)*

If you found the Defendant, SAM SANDO, guilty on Count Three, do you find unanimously and beyond a reasonable doubt that the firearm was <u>discharged</u>?

_____ No          __X__ Yes

FOREPERSON          August 6, 2024
                    Date

(Continued on next page)

United States v. Sam Sando
Verdict Form - Page 3

This is our unanimous verdict:

_____   _____
JUROR                                                   JUROR

_____   _____
JUROR                                                   JUROR

_____   _____
JUROR                                                   JUROR

_____   _____
JUROR                                                   JUROR

_____   _____
JUROR                                                   JUROR

_____
JUROR